firmed, with $10 costs and disbursements, with leave to appellant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Order filed.

James CORRIGAN, respondent, v. GREEN FUEL ECONOMIZER, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

In the matter of the claim of Frankie D. COUNTRYMAN (formerly Markel) and minor children, for compensation under the Workmen's Compensation Law for the death of George S. Markel. John Neuman, employer; the Travelers' Insurance Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Award unanimously affirmed.

Sophia COUNTRYMAN, respt., v. Richard COUNTRYMAN, and one, applts. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Interlocutory judgment affirmed with costs. All concur.

Millard M. CRANE, respt., v. Elmer W. KELLEY, applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Appeal dismissed without costs upon stipulation filed.

Minnie CRASSNE, as admx., etc., applt., v. William J. RANDALL, respt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Judgment and order affirmed with costs. All concur.

Delia J. CRONIN, Respt., v. Marion REVELL, Applt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Mary E. CRONISE, Respt., v. Frank M. TICHENOR et al., as temporary admrs., etc., Applts. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

In the Matter of Margaret CROSS, an infant. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Decree (92 Misc. Rep. 89, 155 N. Y. Supp. 1020) affirmed, without costs. No opinion. Order filed.

Virginia H. CROWELL v. LUDWIG BAUMANN & CO. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs. Order signed.

Arthur CRUICE v. MUTUAL PROFIT REALTY CO. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Application denied, with $10 costs. Order signed.

In the Matter of the application of Everett N. CURTIS, for admission to the bar. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Application granted.

John J. CUSICK v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Minnie DAHL, plaintiff, v. Samuel LEVENBERG et al., defendants. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, with $10 costs.

Anna DAUM, as Guardian, etc., Respt., v. ESSANBEE FILM COMPANY, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Kate Irvin DAVIS, Appellant, v. Felix ISMAN, Respondent. (Supreme Court, Appellate Division, First Department, June 30, 1916.) Appeal from Special Term, New York County. Action by Kate Irvin Davis against Felix Isman. From on order granting defendant's motion sustaining a demurrer to the complaint, plaintiff appeals. Order reversed, and motion denied, with leave to withdraw demurrer and answer, on payment of costs; in default thereof, judgment directed for plaintiff.

PER CURIAM. We are of opinion that each count in the complaint states facts sufficient to constitute a cause of action. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion denied, with $10 costs, with leave to the defendant to withdraw the demurrer and to answer within 10 days on payment of such costs; in default thereof, the plaintiff to have the relief demanded in the complaint. Order filed.

John W. DAVIS, respt., v. The POST STANDARD CO., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed, with costs. All concur.

John W. DAVIS, respt., v. POST-STANDARD CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

Eva E. DEAN, respt., v. VILLAGE OF PHOENIX, applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed, with costs. All concur.

George DE CARLTON v. Vaughan GLASER. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion denied, with $10 costs. Order filed.

Gustave F. DELAIR v. Anna HAMMERSTEIN, as sole Excx., etc. (Supreme Court,